United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 18-1505 (DEA) |
| v. | : | Hon. Douglas E. Arpert |
| MICHAEL LAURIE | : | **WARRANT FOR ARREST** |

RECEIVED
FEB 0 7 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL LAURIE** and bring him forthwith to the nearest magistrate to answer a Complaint charging him with corruptly accepting a six-thousand dollar ($6,000), check, intending to be influenced and rewarded in connection with a transaction and the business of a financial institution, In violation of 18 U.S.C. § 215(a)(2).

Sworn to before me, and subscribed in my presence

January 31, 2018   at                        Trenton, New Jersey
Date                                          City and State


Honorable Douglas E. Arpert
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

U.S. Courthouse - Trenton, NJ

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Jan. 31, 2018 | FBI SA Joshua M. Liberman | [signature] |
| Date of Arrest |  |  |
| Feb 7, 2018 |  |  |