# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

RECEIVED

JUN 19 2018

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. NO. 18-1505 (DEA) |
| v. | : | ORDER |
| MICHAEL LAURIE | : | |

This matter having been opened to the Court upon the request of Michael Laurie, through his attorney, David E. Schafer, Esq., for an order temporarily amending the term of the Order Setting Conditions of Release filed February 7, 2018 restricting Laurie's travel to the continental United States, for the period from July 11 to July 18, 2018, to allow him to vacation with his family on the island of Trinidad, and Joseph Gribko, Assistant United States Attorney, representing the Government in this matter, not objecting / objecting to this request, and for good cause shown,

IT IS HEREBY ORDERED on this *19ᵗʰ* day of *June*            , 2018, that the term of the Order Setting Conditions of Release filed February 7, 2018 in the above case restricting Laurie's travel to the continental United States is hereby temporarily amended to allow Laurie to travel to and from the island of Trinidad beginning July 11 and ending July 18, 2018;

IT IS FURTHER ORDERED that U.S. Pretrial Services shall release Laurie's passport to him in a timely fashion so that he can make his flight to Trinidad on the morning of July 11, and that Laurie will again surrender his passport to Pretrial Services on July 19 by 4:00 p.m.;

IT IS FURTHER ORDERED that all other terms of the Order Setting Conditions of Release filed February 7, 2018 shall remain the same, including, once Laurie returns on July 18, 2018, the term restricting his travel to the continental United States.


_____
HONORABLE DOUGLAS A. ARPERT
UNITED STATES MAGISTRATE JUDGE