RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SEP - 6 2018

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18- 521 (BRM)-61 |
| v. | : | 18 U.S.C. §§ 215(a)(2) |
| MICHAEL LAURIE | : | and 2 |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about August 10, 2012, in Monmouth County, in the District of New Jersey, and elsewhere, the defendant,

MICHAEL LAURIE,

as an officer, employee and agent of a financial institution as defined in 18 U.S.C. § 20, did knowingly and corruptly solicit, demand and accept things of value exceeding $1,000, specifically a corrupt payment totaling six-thousand dollars ($6,000), intending to be influenced and rewarded in connection with the business and a transaction of such institution.

In violation of Title 18, United States Code, Section 215(a)(2) and Section 2.

_____
CRAIG CARPENITO
United States Attorney

| CASE NUMBER: 18- | United States District Court District of New Jersey | UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL LAURIE | INFORMATION FOR<br><br>18 U.S.C. §§ 215(a)(2)<br>and 2 | CRAIG CARPENITO<br>*U.S. ATTORNEY*<br>*NEWARK, NEW JERSEY* | R. JOSEPH GRIBKO<br>*ASSISTANT U.S. ATTORNEY*<br>*TRENTON, NEW JERSEY*<br>*(609) 989-2190* |
|---|---|---|---|---|---|