

RECEIVED
FEB 21 2019
AT 8:30
WILLIAM T. WALSH M
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Crim. No. 18-521 (BRM) |
| MICHAEL LAURIE, | : | CONSENT JUDGMENT AND ORDER OF FORFEITURE |
| Defendant. | : | (MONEY JUDGMENT) |

On or about September 6, 2018, pursuant to a plea agreement with the United States, defendant Michael Laurie pleaded guilty to a one-count information charging him with bribery of a bank official, in violation of 18 U.S.C. §§ 215(a)(2) and 2. The defendant agrees to forfeit to the United States all property that constitutes or is derived from proceeds he obtained directly or indirectly, as a result of the offense, which the defendant agrees is $6,000.00 (the "Money Judgment").

The defendant further waives the requirements of Rules 32.2 and 43(a) of the Federal Rules of Criminal Procedure regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment; acknowledged he understands that the imposition of the Money Judgment is part of the sentence that may be imposed in this case; waives any failure by the court to advise him of this pursuant to Rule 11(b)(1)(J) of the Federal Rules of Criminal Procedure at the guilty plea proceeding; and waives any and all claims that the forfeiture

constitutes an excessive fine and agreed that the forfeiture does not violate the Eighth Amendment.

Having considered the plea agreement, the record as a whole, and the applicable law, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. All property that constituting, or derived from, proceeds obtained directly or indirectly, by the defendant that are the result of the offense to which the defendant has pleaded guilty is forfeited to the United States, pursuant to 18 U.S.C. § 982(a)(2).

2. The defendant having agreed to the imposition of a Money Judgment equal to the value of the proceeds he obtained, which was $6,000.00, the United States is entitled to forfeit proceeds and/or substitute assets in an amount not to exceed $6,000.00. A Money Judgment in the amount of $6,000.00 is hereby entered against the defendant, pursuant to 18 U.S.C. § 982(a)(2), 21 U.S.C. § 853(p), and Federal Rule of Criminal Procedure 32.2(b).

3. All payments on the Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered to the United States Attorney's Office, District of New Jersey, Attn: Asset Forfeiture and Money Laundering Unit, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, and shall indicate the defendant's name and case number on the face of the check.

4. All payments on the Money Judgment are forfeit to the United States of America as substitute assets, pursuant to 21 U.S.C. § 853(p). The United States Marshals Service shall deposit such payments in its Seized Assets Deposit

Account, and upon clearing of the financial instrument, shall deposit the funds in the Assets Forfeiture Fund, for disposition according to law. The United States shall have clear title to such payments, proceeds, and/or substitute assets up to the amount of the Money Judgment ($6,000.00).

5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853(n), upon entry of this Order, and until this the Money Judgment is fully satisfied, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of substitute assets to satisfy this Money Judgment, or in connection with any petitions filed with regard to substitute assets, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

6. This Order shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

7. The Clerk of the Court is directed to enter a Criminal Forfeiture Money Judgment against the defendant in favor of the United States in the amount of $6,000.00.

8. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary.

Dated: Newark, New Jersey
       2/21    , 2019

_____
HONORABLE BRIAN R. MARTINOTTI
United States District Judge

The undersigned hereby consent to
the entry and form of this order:

CRAIG CARPENITO
United States Attorney

By: R. JOE GRIBKO
Assistant United States Attorney

Dated: 2/20/19

_____
DAVID E. SCHAFER, ESQ.
Attorney for Defendant

Dated: 2/20/19