UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO.18-521 (BRM) |
| v. | : | ORDER |
| MICHAEL LAURIE | : | |

This matter having been opened to the Court by David Schafer, counsel for Michael Laurie, who seeks an order to allow him to travel outside the Eastern District of New York for vacation with his wife and son in London, England from August 10 to August 25, 2019, and Joseph Gribko, Assistant United States Attorney for the District of New Jersey, having no objection / objecting to this proposed order, and for good cause shown,

IT IS HEREBY ORDERED on this 28th day of June 2019 that Michael Laurie be allowed to travel outside the Eastern District of New York for vacation with his wife and son in London, England from August 10 to August 25, 2019.

IT IS FURTHER ORDERED that all of his other conditions imposed by the United States Probation Office in the Eastern District of New York shall remain the same.

HONORABLE BRIAN R. MARTINOTTI
United States District Judge