UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 3/31/2021
CRIMINAL DOCKET #: 18-521(BRM)-01

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
MICHAEL LAURIE

APPEARANCES:
R. Joseph Gribko, Assistant United States Attorney
David Schafer, Esquire for defendant
Vincent Danielo, E/D of NY, U.S. Probation Officer present.
Defendant not present.

NATURE OF PROCEEDINGS: ZOOM MOTION HEARING HELD.
Hearing on defendant's application to be released from supervision; application submitted to chambers.
Ordered application granted; counsel to submit order.

TIME COMMENCED: 12:30 p.m.
TIME ADJOURNED: 12:55 p.m.
TOTAL TIME: 25 minutes

                                                s/Dana Sledge-Courtney
                                                    Courtroom Deputy