At: 8:30_____.m

UNITED STATES DISTRICT COURT

WILLIAM T. WALSH

DISTRICT OF NEW JERSEY

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-521 (BRM) |
| v. | : | ORDER TERMINATING |
| MICHAEL LAURIE | : | SUPERVISED RELEASE |

This matter having been opened to the Court upon the request of defendant Michael Laurie, through his attorney, David Schafer, for an Order terminating defendant's term of supervised release, and the Government having objected to this request, and the Court having heard the arguments of counsel on March 31, 2021, and for the reasons set forth on the record,

**IT IS HEREBY ORDERED** on this 1st day of April, 2021, that defendant's term of supervised release that was imposed on February 19, 2019 is terminated.

Brian R. Martinotti
United States District Judge